UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

| | |
|---|---|
| LesGo Personal Chef, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, and STARKIST COMPANY,<br><br>Defendants. | Case No. 15-CV-00385-MCR-CJK |

**NOTICE OF APPEARANCE**

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Maureen E. Mahoney of LATHAM & WATKINS LLP hereby enters her appearance in the above-captioned matter as counsel for Defendant StarKist Co. and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

> Maureen E. Mahoney
> D.C. Bar No. 343111
> Latham & Watkins LLP
> 555 Eleventh Street, NW
> Suite 1000
> Washington, D.C. 20004-1304
> Telephone:  (202) 637-2200
> Facsimile:    (202) 637-2201
> Email: maureen.mahoney@lw.com

| | |
|---|---|
| Dated: Oct. 9, 2015 | LATHAM & WATKINS LLP |
| | *s/ Maureen E. Mahoney* |
| | Maureen E. Mahoney |
| | D.C. Bar No. 343111 |
| | Latham & Watkins LLP |
| | 555 Eleventh Street, NW |
| | Suite 1000 |
| | Washington, D.C. 20004-1304 |
| | Telephone: (202) 637-2200 |
| | Facsimile:  (202) 637-2201 |
| | Email: maureen.mahoney@lw.com |
| | *Counsel for Defendant StarKist Co.* |

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that on the 9th day of October 2015, I filed the foregoing notice with the Clerk of the Court for the using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

Dewitt M. Lovelace
Valerie Lauro Nettles
LOVELACE AND ASSOCIATES, PA
12870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: 850-837-6020
Facsimile:  850-837-4093
Email: dml@lovelacelaw.com
Email: valerie@lovelacelaw.com

*Counsel for Plaintiffs*

Pursuant to 28 U.S.C. § 1746, I certify that I have caused to be served the following document described as:

## NOTICE OF APPEARANCE

by serving a true copy of the above-described document via electronic mail to the following parties who have consented in writing to such form of service:

Edward D. Hassi
Julia A. Schiller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5336
Facsimile: 202-383-5414
Email: ehassi@omm.com
Email: jschiller@omm.com
*Counsel for Defendant Bumble Bee Foods LLC*

John Roberti
John Terzaken
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: 202-683-3800
Facsimile: 202-683-3999
Email: john.roberti@allenovery.com
Email: john.terzaken@allenovery.com

*Counsel for Defendant Tri-Union Seafoods LLC*

Dewitt M. Lovelace
Valerie Lauro Nettles
LOVELACE AND ASSOCIATES, PA
12870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: 850-837-6020
Facsimile: 850-837-4093
Email: dml@lovelacelaw.com
Email: valerie@lovelacelaw.com

*Counsel for Plaintiffs*

| Dated: Oct. 9, 2015 | LATHAM & WATKINS LLP |
|---|---|
| | *s/ Maureen E. Mahoney* |
| | Maureen E. Mahoney |
| | D.C. Bar No. 343111 |
| | Latham & Watkins LLP |
| | 555 Eleventh Street, NW |
| | Suite 1000 |
| | Washington, D.C. 20004-1304 |
| | Telephone: (202) 637-2200 |
| | Facsimile: (202) 637-2201 |
| | Email: maureen.mahoney@lw.com |
| | |
| | Daniel M. Wall |
| | CA Bar No. 102580 |
| | Belinda S Lee |
| | CA Bar No. 199635 |
| | Ashley M. Bauer |
| | CA Bar No. 231626 |
| | LATHAM & WATKINS LLP |
| | 505 Montgomery Street |
| | Suite 2000 |
| | San Francisco, CA 94111 |
| | Telephone: 415-391-0600 |
| | Facsimile: 415-395-8095 |
| | Email: dan.wall@lw.com |
| | Email: belinda.lee@lw.com |
| | Email: ashley.bauer@lw.com |
| | |
| | *Counsel for Defendant StarKist Co.* |