# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| LesGo Personal Chef, LLC, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, and STARKIST COMPANY,<br><br>Defendants. | Case No. 15-CV-00385-MCR-CJK |

## DEFENDANT STARKIST CO.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned, counsel of record for Defendant StarKist Co. ("StarKist"), certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding: Dongwon Industries Co., Ltd. (ownership interest).

Dated: Oct. 9, 2015

LATHAM & WATKINS LLP

*s/ Maureen E. Mahoney*
Maureen E. Mahoney
D.C. Bar No. 343111
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201
Email: maureen.mahoney@lw.com

Daniel M. Wall
CA Bar No. 102580
Belinda S Lee
CA Bar No. 199635
Ashley M. Bauer
CA Bar No. 231626
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
 Facsimile:  415-395-8095
 Email: dan.wall@lw.com
 Email: belinda.lee@lw.com
 Email: ashley.bauer@lw.com

*Counsel for Defendant StarKist Co.*

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that on the 9th day of October 2015, I filed the foregoing notice with the Clerk of the Court for the using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

Dewitt M. Lovelace
Valerie Lauro Nettles
LOVELACE AND ASSOCIATES, PA
12870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: 850-837-6020
Facsimile:  850-837-4093
Email: dml@lovelacelaw.com
Email: valerie@lovelacelaw.com

*Counsel for Plaintiffs*

Pursuant to 28 U.S.C. § 1746, I certify that I have caused to be served the

following document described as:

**DEFENDANT STARKIST CO.'S FEDERAL RULE OF CIVIL PROCEDURE 7.1 DISCLOSURE STATEMENT**

by serving a true copy of the above-described document via electronic mail to the following parties who have consented in writing to such form of service:

Edward D. Hassi
Julia A. Schiller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5336
Facsimile: 202-383-5414
Email: ehassi@omm.com
Email: jschiller@omm.com

*Counsel for Defendant Bumble Bee Foods LLC*

John Roberti
John Terzaken
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: 202-683-3800
Facsimile:  202-683-3999
Email: john.roberti@allenovery.com
Email: john.terzaken@allenovery.com

*Counsel for Defendant Tri-Union Seafoods LLC*

Dewitt M. Lovelace
Valerie Lauro Nettles
LOVELACE AND ASSOCIATES, PA
12870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: 850-837-6020
Facsimile:  850-837-4093
Email: dml@lovelacelaw.com
Email: valerie@lovelacelaw.com

*Counsel for Plaintiffs*

Dated: Oct. 9, 2015                    LATHAM & WATKINS LLP

*s/ Maureen E. Mahoney*
Maureen E. Mahoney
D.C. Bar No. 343111
Latham & Watkins LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201
Email: maureen.mahoney@lw.com

Daniel M. Wall
CA Bar No. 102580
Belinda S Lee
CA Bar No. 199635
Ashley M. Bauer
CA Bar No. 231626
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile:  415-395-8095
Email: dan.wall@lw.com
Email: belinda.lee@lw.com
Email: ashley.bauer@lw.com

*Counsel for Defendant StarKist Co.*