## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF FLORIDA

## PENSACOLA DIVISION

| | |
|---|---|
| LesGo Personal Chef, LLC, individually and on behalf of all others similarly situated,<br><br>                 Plaintiff,<br><br>    v.<br><br>BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, and STARKIST COMPANY,<br><br>                 Defendants. | Case No. 15-CV-00385-MCR-CJK |

**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER, MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

Defendants Tri-Union Seafoods LLC, Bumble Bee Foods, LLC, and StarKist Co. (collectively, "Defendants"), together with Plaintiff LesGo Personal Chef, LLC (and together with Defendants, the "Parties"), stipulate to an extension of time for Defendants to move to dismiss, answer or otherwise respond to the complaint in the above-captioned action (the "Complaint").

WHEREAS, Plaintiff filed its Complaint on August 31, 2015 and served all Defendants except Tri-Union Seafoods LLC on September 21, 2015;

WHEREAS, defendant Tri-Union Seafoods LLC has agreed to waive service of the Complaint as of September 21, 2015;

WHEREAS, absent an extension of time, Defendants are due to answer, move, or otherwise respond to the Complaint by October 12, 2015;

WHEREAS, to date, 44 civil actions alleging antitrust violations in connection with the sale of packaged seafood products have been filed in federal district courts throughout the United States, including this action (the "Related Actions");

WHEREAS, a motion was filed before the United States Judicial Panel on Multidistrict

Litigation ("JPML"), on August 28, 2015, seeking to transfer and centralize the Related Actions in a single federal district court ("Motion");

WHEREAS, responses to the Motion were due September 29, 2015, and the JPML has not yet set the Motion for hearing;

WHEREAS, to economize both judicial and Party resources pending the JPML's decision on the Motion, the Parties believe and agree that Defendants' time to move to dismiss, answer, or otherwise respond to Plaintiffs' Complaint should be extended until after the JPML has ruled on the pending Motion, it has been determined which court will preside over the Related Actions, and any consolidated amended complaint has been filed;

ACCORDINGLY, the undersigned Parties, through their respective counsel of record, hereby move as follows:

1. If the JPML transfers all Related Actions to a single district for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407, the Defendants shall answer, move or otherwise respond to the then-operative complaint no later than 60 days after: (a) service of a consolidated amended complaint, or (b) service of written notice that plaintiffs will not file a consolidated amended complaint.

2. If the JPML does not transfer all Related Actions to a single district, Defendants shall answer, move, or otherwise respond to the then-operative complaint no later than 60 days after service of the JPML ruling.

3. The Parties further contend and agree that no defense is prejudiced or waived by its submission of this Joint Motion.

4. The parties agree that if Defendants answer, move or otherwise respond to a complaint filed in any other action alleging anticompetitive conduct concerning the marketing, sale, or distribution of packaged seafood products within Defendants' time to answer, move, or otherwise respond to Plaintiff's Complaint, Defendants will answer, move or otherwise respond to Plaintiff's Complaint on the same day.

5. Defendant Tri-Union Seafoods LLC hereby waives service, as of September 21,

2015, of the Summons and Complaint filed by Plaintiff on August 31, 2015 in this matter.

Dated: Oct. 9, 2015

*s/ Maureen E. Mahoney*
Maureen E. Mahoney
D.C. Bar No. 343111
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile:  (202) 637-2201
Email: maureen.mahoney@lw.com

Daniel M. Wall
CA Bar No. 102580
Belinda S Lee
CA Bar No. 199635
Ashley M. Bauer
CA Bar No. 231626
LATHAM & WATKINS LLP
505 Montgomery Street
Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile:  415-395-8095
Email: dan.wall@lw.com
Email: belinda.lee@lw.com
Email: ashley.bauer@lw.com

*Counsel for Defendant StarKist Co.*

Dated: Oct. 9, 2015

*s/ John Roberti*
John Roberti
John Terzaken
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: 202-683-3800
Facsimile:  202-683-3999
Email: john.roberti@allenovery.com
Email: john.terzaken@allenovery.com

*Counsel for Defendant Tri-Union Seafoods LLC*

| | |
|---|---|
| Dated: Oct. 9, 2015 | *s/ Edward D. Hassi*<br>Edward D. Hassi<br>Julia A. Schiller<br>O'MELVENY & MYERS LLP<br>1625 Eye Street, NW<br>Washington, DC 20006<br>Telephone: 202-383-5336<br>Facsimile: 202-383-5414<br>Email: ehassi@omm.com<br>Email: jschiller@omm.com<br><br>*Counsel for Defendant Bumble Bee Foods LLC* |
| Dated: Oct. 9, 2015 | *s/ Dewitt M. Lovelace*<br>Dewitt M. Lovelace<br>FL Bar No. 0872326<br>Valerie Lauro Nettles<br>FL Bar No.0099067<br>LOVELACE AND ASSOCIATES, PA<br>12870 U.S. Hwy 98 West, Suite 200<br>Miramar Beach, FL 32550<br>Telephone: 850-837-6020<br>Facsimile:  850-837-4093<br>Email: dml@lovelacelaw.com<br>Email: valerie@lovelacelaw.com<br><br>*Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that on the 9th day of October 2015, I filed the foregoing notice with the Clerk of the Court for the using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

Dewitt M. Lovelace
Valerie Lauro Nettles
LOVELACE AND ASSOCIATES, PA
12870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: 850-837-6020
Facsimile:  850-837-4093
Email: dml@lovelacelaw.com
Email: valerie@lovelacelaw.com

*Counsel for Plaintiffs*

Pursuant to 28 U.S.C. § 1746, I certify that I have caused to be served the following document described as:

**JOINT MOTION TO EXTEND DEFENDANTS' TIME TO ANSWER,**

**MOVE, OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

by serving a true copy of the above-described document via electronic mail to the following parties who have consented in writing to such form of service:

Edward D. Hassi
Julia A. Schiller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5336
Facsimile: 202-383-5414
Email: ehassi@omm.com
Email: jschiller@omm.com

*Counsel for Defendant Bumble Bee Foods LLC*

John Roberti
John Terzaken
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: 202-683-3800
Facsimile:  202-683-3999
Email: john.roberti@allenovery.com
Email: john.terzaken@allenovery.com

*Counsel for Defendant Tri-Union Seafoods LLC*

Dewitt M. Lovelace
Valerie Lauro Nettles
LOVELACE AND ASSOCIATES, PA
12870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: 850-837-6020
Facsimile:  850-837-4093
Email: dml@lovelacelaw.com
Email: valerie@lovelacelaw.com

*Counsel for Plaintiffs*

LATHAM & WATKINS LLP

By:   *s/ Maureen E. Mahoney*
       Maureen E. Mahoney
       D.C. Bar No. 343111
       Latham & Watkins LLP
       555 Eleventh Street, NW
       Suite 1000
       Washington, D.C. 20004-1304
       Telephone: (202) 637-2200
       Facsimile: (202) 637-2201
       Email: maureen.mahoney@lw.com

       Daniel M. Wall
       CA Bar No. 102580
       Belinda S Lee
       CA Bar No. 199635
       Ashley M. Bauer
       CA Bar No. 231626
       LATHAM & WATKINS LLP
       505 Montgomery Street
       Suite 2000
       San Francisco, CA 94111
       Telephone: 415-391-0600
       Facsimile:  415-395-8095
       Email: dan.wall@lw.com
       Email: belinda.lee@lw.com
       Email: ashley.bauer@lw.com

*Counsel for Defendant StarKist Co*
.