**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

LESGO PERSONAL CHEF, LLC,
individually and on behalf of others
similarly situated,

    Plaintiff,

v.     CASE NO. 3:15cv385-MCR-CJK

BUMBLE BEE FOODS, INC.;
TRI-UNION SEAFOODS, LLC;
and STARKIST COMPANY,

    Defendants.
_____/

## ORDER OF STAY

This case originated on Plaintiff's Class Action Complaint filed in this Court on August 31, 2015.  (Doc. 1).  The matter is now before the Court on the parties' Joint Motion to Extend Defendants' Time to Answer, Move, or Otherwise Respond to Plaintiff's Complaint.  (Doc. 11).  The parties state that this case is one of 44 civil actions filed in federal district courts through the country ("Related Actions") alleging antitrust violation in connection with the sale of packaged seafood products, and that a motion is currently pending before the United States Judicial Panel on Multidistrict Litigation ("JPML") seeking to transfer and centralize the Related Actions in a single federal district court.  Upon consideration, the Court finds it appropriate to stay these proceedings pending the JPML decision regarding transfer.  Accordingly, it is ORDERED:

    1.    The proceedings in this action are **STAYED** for a period of **60 days**.

    2.    The parties are directed to promptly notify the Court of any ruling by the JPML regarding transfer, or otherwise file a status report upon expiration of the period of stay.

3.  A ruling on the Joint Motion to Extend Time (doc. 11) is deferred.

**DONE and ORDERED** this 19th day of October, 2015.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**CHIEF UNITED STATES DISTRICT JUDGE**