

**Fw: Activity in Case MDL No. 2670 IN RE: Packaged Seafood Products Antitrust Litigation CTO Filed Minute Order  (To Involved Judges)**

FLNDdb_efile MDL    to: Monica Broussard                    12/15/2015 08:05 AM
Sent by: Kimberly Westphal
Cc:    Travis Green

| | |
|---|---|
| From: | FLNDdb_efile MDL/FLND/11/USCOURTS |
| To: | Monica Broussard/FLND/11/USCOURTS@USCOURTS |
| Cc: | Travis Green/FLND/11/USCOURTS@USCOURTS |
| Sent by: | Kimberly Westphal/FLND/11/USCOURTS |

Thank you.
Kim

----- Forwarded by Kimberly Westphal/FLND/11/USCOURTS on 12/15/2015 09:05 AM -----

| | |
|---|---|
| From: | JPMLCMECF@jpml.uscourts.gov |
| To: | JPMLCMDECF@jpml.uscourts.gov |
| Date: | 12/15/2015 09:04 AM |
| Subject: | Activity in Case MDL No. 2670 IN RE:  Packaged Seafood Products Antitrust Litigation CTO Filed Minute Order (To Involved Judges) |

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.

United States

United States Judicial Panel on Multidistrict Litigation

## Notice of Electronic Filing

The following transaction was entered on 12/15/2015 at 9:02 AM EST and filed on 12/15/2015

| | |
|---|---|
| **Case Name:** | IN RE: Packaged Seafood Products Antitrust Litigation |
| **Case Number:** | MDL No. 2670 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in**

CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Associated Grocers, Inc. v. Tri-Union Seafoods, LLC et al |
| **Case Number:** | CAN/3:15-cv-05371 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Christensen et al v. Bumble Bee Foods LLC et al |
| **Case Number:** | CAN/3:15-cv-04093 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**

**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | McLane Company, Inc. et al v. Tri-Union Seafoods, LLC et al |
| **Case Number:** | CAN/3:15-cv-05310 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Associated Grocers of New England, Inc., et al v. Tri-Union Seafoods, LLC et al |
| **Case Number:** | CAN/3:15-cv-04187 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Giant Eagle, Inc. v. Tri-Union Seafoods, LLC, et al |
| **Case Number:** | CAN/3:15-cv-04886 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Winn-Dixie Stores, Inc et al v. Bumble Bee Foods, LLC et al |
| **Case Number:** | FLM/3:15-cv-01450 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Damske et al v. Bumble Bee Foods LLC et al |
| **Case Number:** | CAN/3:15-cv-04025 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | LESGO PERSONAL CHEF, LLC v. BUMBLE BEE FOODS, LLC et al |
| **Case Number:** | FLN/3:15-cv-00385 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Machin v. Bumble Bee Foods LLC et |

| | |
|---|---|
| **Case Number:** | al<br>ARE/4:15-cv-00545 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Associated Grocers of Florida, Inc. v. Bumble Bee Foods, LLC, et al |
| **Case Number:** | CAN/3:15-cv-04536 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Waterman v. Bumble Bee Foods LLC et al |
| **Case Number:** | CAN/3:15-cv-04094 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Western Family Foods, Inc. v. Tri-Union Seafoods, LLC et al |
| **Case Number:** | CAN/3:15-cv-04312 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Benjamin Foods LLC v. Bumble Bee Foods LLC et al |
| **Case Number:** | CAN/3:15-cv-04733 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
***TEXT ONLY ENTRY***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Associated Food Stores, Inc. v. Tri-Union Seafoods, LLC, et |

| | |
|---|---|
| | al |
| **Case Number:** | CAN/3:15-cv-04667 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

| | |
|---|---|
| **Case Name:** | Central Grocers, Inc. v. Bumble Bee Foods, LLC et al |
| **Case Number:** | CAN/3:15-cv-04241 |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**\*\*\*TEXT ONLY ENTRY\*\*\***

**MINUTE ORDER -- TO INVOLVED JUDGES -- For your information, Conditional Transfer Order (CTO-1) was filed on 12/15/15 by the Panel. Please see pleading (22 in ARE/4:15-cv-00545, 10 in CAN/3:15-cv-04025, 10 in CAN/3:15-cv-04093, 10 in CAN/3:15-cv-04094, 17 in CAN/3:15-cv-04187, 11 in CAN/3:15-cv-04241, 17 in CAN/3:15-cv-04312, 11 in CAN/3:15-cv-04536, 12 in CAN/3:15-cv-04667, 14 in CAN/3:15-cv-04733, 9 in CAN/3:15-cv-04886, 4 in CAN/3:15-cv-05310, 4 in CAN/3:15-cv-05371, 1 in FLM/3:15-cv-01450, 22 in FLN/3:15-cv-00385, [138] in MDL No. 2670).**

**Signed by Clerk of the Panel Jeffery N. Luthi on 12/15/2015.**

**Associated Cases: MDL No. 2670, ARE/4:15-cv-00545, CAN/3:15-cv-04025, CAN/3:15-cv-04093, CAN/3:15-cv-04094, CAN/3:15-cv-04187, CAN/3:15-cv-04241, CAN/3:15-cv-04312, CAN/3:15-cv-04536, CAN/3:15-cv-04667, CAN/3:15-cv-04733, CAN/3:15-cv-04886, CAN/3:15-cv-05310, CAN/3:15-cv-05371, FLM/3:15-cv-01450, FLN/3:15-cv-00385 (DP)**

**No public notice (electronic or otherwise) sent because the entry is private**