# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

| | |
|---|---|
| LESGO PERSONAL CHEF, LLC, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>   v.<br><br>BUMBLE BEE FOODS LLC, TRI-UNION SEAFOODS LLC, and STARKIST COMPANY,<br><br>          Defendants. | Case No. 15-CV-00385-MCR-CJK |

## NOTICE OF APPEARANCE

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

    **PLEASE TAKE NOTICE** that Ashley M. Bauer of LATHAM & WATKINS LLP hereby enters her appearance in the above-captioned matter as counsel for Defendant StarKist Co. and respectfully requests that all pleadings, notices, orders, correspondence and other papers in connection with this action be served upon her at the following address:

        Ashley M. Bauer
        CA Bar No. 231626
        LATHAM & WATKINS LLP
        505 Montgomery Street
        Suite 2000
        San Francisco, CA 94111
        Telephone: 415-391-0600
        Facsimile:  415-395-8095
        Email: ashley.bauer@lw.com

Dated: Dec. 15, 2015

*s/ Ashley M. Bauer*  
Ashley M. Bauer  
CA Bar No. 231626  
LATHAM & WATKINS LLP  
505 Montgomery St.  
Suite 2000  
San Francisco, CA 94111  
Telephone: 415-391-0600  
Facsimile:  415-395-8095  
Email: ashley.bauer@lw.com  

*Counsel for Defendant StarKist Co.*

# CERTIFICATE OF SERVICE

Pursuant to 28 U.S.C. § 1746, I hereby certify that on the 15th day of December 2015, I filed the foregoing notice with the Clerk of the Court for the using the Court's CM/ECF system, which will send notifications of such filing to all counsel of record.

Dewitt M. Lovelace  
Valerie Lauro Nettles  
LOVELACE AND ASSOCIATES, PA  
12870 U.S. Hwy 98 West, Suite 200  
Miramar Beach, FL 32550  
Telephone: 850-837-6020  
Facsimile:  850-837-4093  
Email: dml@lovelacelaw.com  
Email: valerie@lovelacelaw.com  

*Counsel for Plaintiff LesGo Personal Chef, LLC*

Pursuant to 28 U.S.C. § 1746, I certify that I have caused to be served the following document described as:

### NOTICE OF APPEARANCE

by serving a true copy of the above-described document via electronic mail to the following parties who have consented in writing to such form of service:

Edward D. Hassi
Julia A. Schiller
O'MELVENY & MYERS LLP
1625 Eye Street, NW
Washington, DC 20006
Telephone: 202-383-5336
Facsimile: 202-383-5414
Email: ehassi@omm.com
Email: jschiller@omm.com

*Counsel for Defendant Bumble Bee Foods LLC*

John Roberti
John Terzaken
Erik Raven-Hansen
ALLEN & OVERY LLP
1101 New York Avenue, NW
Washington, D.C. 20005
Telephone: 202-683-3800
Facsimile:  202-683-3999
Email: john.roberti@allenovery.com
Email: john.terzaken@allenovery.com
Email: erik.raven-hansen@allenovery.com

*Counsel for Defendant Tri-Union Seafoods LLC*

Dewitt M. Lovelace
Valerie Lauro Nettles
LOVELACE AND ASSOCIATES, PA
12870 U.S. Hwy 98 West, Suite 200
Miramar Beach, FL 32550
Telephone: 850-837-6020
Facsimile:  850-837-4093
Email: dml@lovelacelaw.com
Email: valerie@lovelacelaw.com

*Counsel for Plaintiff LesGo Personal Chef, LLC*

Dated: Dec. 15, 2015               *s/ Ashley M. Bauer*  _____
Ashley M. Bauer
CA Bar No. 231626
Daniel M. Wall
CA Bar No. 102580
Belinda S Lee
CA Bar No. 199635
LATHAM & WATKINS LLP
505 Montgomery St.
Suite 2000
San Francisco, CA 94111
Telephone: 415-391-0600
Facsimile:  415-395-8095
Email: ashley.bauer@lw.com
Email: belinda.lee@lw.com
Email: ashley.bauer@lw.com

*Counsel for Defendant StarKist Co.*